■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CANDELARIA, Appellant. [669 NYS2d 936] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered October 29, 1996, convicting him of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant argues that his conviction must be reversed due to the People's delay in providing him with *Brady* material concerning a witness who identified him at trial (*see, Brady v Maryland,* 373 US 83; *People v Cwikla,* 46 NY2d 434). However, because the defense counsel had a "meaningful opportunity" to use the allegedly exculpatory material to cross-examine the witness, the defendant's right to a fair trial was not violated (*People v Cortijo,* 70 NY2d 868; *see, People v Arroyo,* 239 AD2d 510; *People v Jagopat,* 216 AD2d 583).

The sentence imposed was not excessive (*see, People Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Mangano, P. J., Miller, Ritter and Thompson, JJ., concur.